UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANN SEABURG, as Personal
Representative of the Estate of Nicole
Smith,

    Plaintiff,

v.                                                Case No: 2:13-cv-467-FtM-38UAM

LEE COUNTY BOARD OF
COMMISSION, LEE COUNTY
PROBATION OFFICE, CANDY
CAUGHEY, DAVID NEMAC, DOUG
JAYE and LEE COUNTY SHERIFFS
OFFICE,

    Defendants.
_____/

# ORDER[1]

      This matter comes before the Court on the Parties' Stipulation of Dismissal With Prejudice and Remand (Doc. #13) filed on October 10, 2013. On May 20, 2013, the Plaintiff filed her Complaint in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, alleging due process and civil rights violations. On June 21, 2013, Defendant LCSO by Notice of Removal (Doc. #1) removed this case to the Federal Court invoking this Court's federal question jurisdiction pursuant to White v. Bombardier Corp., 313 F. Supp. 2d 1295, 1299 (N.D. Fla. 2004). No other Defendants

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

joined in the removal of the action as they had not yet appeared in the state court action. Plaintiff and Defendant LCSO have stipulated to the dismissal of this action with prejudice and agree that this matter may be remanded as Plaintiff has filed an Amended Complaint in state court dropping Defendant LCSO from the suit and no other Defendants have joined in removal of this case.

Fed. R. Civ. P. 41(a)(1) provides that an action may be dismissed by the plaintiff without order of the court by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. Here, Plaintiff and Defendant LCSO have signed and consented to the stipulation.

Accordingly, it is now

**ORDERED:**

(1) This matter <u>between Plaintiff and Defendant LCSO</u> is **DISMISSED with prejudice** pursuant to the Parties' Stipulation of Dismissal With Prejudice and Remand (Doc. #13), with each party to bear its own attorneys' fees and costs. The Clerk is directed to enter judgment accordingly.

(2) This matter is **REMANDED** to the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida.

(1) The Clerk of the Court is directed to transmit a certified copy of this Order to the Clerk of that Court of the Twentieth Judicial Circuit in and for Lee County.

(2) The Clerk is directed to **CLOSE** this case and terminate all previously scheduling deadlines and other pending motions as moot.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of October, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record